IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, *ex rel.*
*Jacob Kuriyan* and STATE OF NEW MEXICO,
*ex rel. Jacob Kuriyan*,

        Plaintiff,

vs.                                                 No. CIV 16-1148 JB/KK

HCSC INSURANCE SERVICES CO., *doing business as* BLUE CROSS & BLUE SHIELD OF NEW MEXICO; MOLINA HEALTHCARE OF NEW MEXICO, INC.; PRESBYTERIAN HEALTH PLAN, INC. and UNITEDHEALTHCARE OF NEW MEXICO, INC.,

        Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed March 7, 2022 (Doc. 259). The Court adopts the Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order (Doc. 266), and rulings provided at the Scheduling Conference held on March 9, 2022.

_____
UNITED STATES DISTRICT JUDGE