**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA and
STATE OF NEW MEXICO *ex rel.*
JACOB KURIYAN,

Plaintiffs,

vs. No. CIV 16-1148 JB/KK

MOLINA HEALTHCARE OF NEW MEXICO, INC.; PRESBYTERIAN HEALTH PLAN, INC.; UNITEDHEALTHCARE OF NEW MEXICO, INC., and HCSC INSURANCE SERVICES CO. *dba* BLUE CROSS & BLUE SHIELD OF NEW MEXICO,

Defendants.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Relator's Motion for Leave to File Motion Under Seal, filed February 3, 2026 (Doc. 492)("Motion for Leave"). The primary issue is whether the Court will grant Plaintiff Jacob Kuriyan leave to file under seal a rule 60 motion under the Federal Rules of Civil Procedure. The Court concludes that Kuriyan need not ask the Court for permission to file a rule 60 motion under seal and therefore denies the Motion for Leave without prejudice.

The entirety of Kuriyan's argument consists of a single paragraph:

> The Qui Tam Plaintiff/Relator, Jacob Kuriyan, wishes to file a Rule 60 motion on this docket that will refer to, and include, material that is under court ordered seal. Therefore, the Relator respectfully requests leave to file that motion under seal. After the Rule 60 motion has been filed, the Relator has no objection to further dissemination of that motion, if the Court so rules.

Motion for Leave at 1. The Court disagrees that Kuriyan needs the Court's permission to file a rule 60 motion under seal. In civil cases:

> the rule is that after an appeal has been taken the district court retains jurisdiction

> to consider and deny a rule 60(b) motion and, if it indicates that it will grant the motion, the movant may then ask the Court of Appeals to remand the case so that the district court may act.

Aune v. Reynders, 344 F.2d 835 (10th Cir. 1965); Fed. R. Civ. P. 62.1. Kuriyan therefore does not need the Court's permission to file a rule 60(b) motion; he may file one if he desires to file one. As for filing the rule 60 motion under seal, the Court cannot determine whether the motion should be sealed before the Court can examine the motion's contents. It is not clear whether he wants to file an ex parte motion, a motion that only the case participants can see, or a motion that only the public cannot see. In any case, should Kuriyan desire to file his rule 60 motion "under seal," he should file the motion in accordance with how he typically files a motion "under seal."

**IT IS ORDERED** that the Relator's Motion for Leave to File Motion Under Seal, filed February 3, 2026 (Doc. 492), is denied without prejudice.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Alan Grayson
Alan Grayson, Esq.
Indialantic, Florida

*Attorneys for the Plaintiff/Relator*

David W. Tyler
Carol Wallack
Civil Division
United States Department of Justice
Washington, D.C.

-- and --

Ryan Ellison

First Assistant United States Attorney
Ruth Fuess Keegan
Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

*Attorneys for Interested Party United States of America*

Raúl Torrez
Attorney General
Zachary Asher Shandler
Assistant Attorney General
New Mexico Department of Justice
Santa Fe, New Mexico

*Attorneys for Interested Party State of New Mexico*

Michael R. Hoernlein
Alston & Bird LLP
Charlotte, North Carolina

-- and --

Robert E. Hanson
Matthew E. Jackson
Peifer, Hanson, Mullins, & Baker P.A.
Albuquerque, New Mexico

*Attorneys for Defendant UnitedHealthcare of New Mexico, Inc.*

Tina M. Gooch
Sutin, Thayer & Browne
Albuquerque, New Mexico

-- and --

Jarrad Lucian Wood
Reed Smith LLP
Los Angeles, California

-- and --

Steven Hamilton
Jason T. Mayer
Reed Smith LLP
Chicago, Illinois

*Attorneys for Defendant HCSC Insurance Services Co.*

Julia L. Allen
Steven Ragland
Keker, Van Nest & Peters LLP
San Francisco, California

-- and --

Gregory Marshall
Jeanne Y. Sohn
Snell & Wilmer LLP
Albuquerque, New Mexico

*Attorneys for Defendant Molina Healthcare of New Mexico, Inc.*

Winston Y. Chan
Charles J. Stevens
Gibson, Dunn & Crutcher LLP
San Francisco, California

-- and --

Charles K. Purcell
Rodey, Dickason, Sloan, Akin & Robb, P.A
Albuquerque, New Mexico

*Attorneys for Defendant Presbyterian Health Plan, Inc.*